

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *James W. Paulsen v. Ellen A. Yarrell*

Appellate case number:   01-16-00061-CV

Trial court case number: 1037908

Trial court:             County Civil Court at Law No. 1 of Harris County

Date motion filed:       October 30, 2017

Party filing motion:     Appellant, James W. Paulsen

    It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                      Acting for the Court

Panel consists of: Justices Massengale and Brown


Date:  November 21, 2017